# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

UNITED STATES OF AMERICA

VS

ANDREW COX a/k/a DANNY ALLEN

CASE NO. 1:08CR12 MMP/AK

2:09-mj-002-SSC

## WARRANT FOR ARREST

TO:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __ANDREW COX a/k/a DANNY ALLEN__
                                                                    Name
and bring him or her forthwith to the nearest magistrate to answer an

### Indictment

charging him or her with:

CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE MARIJUANA

in violation of Title 21 United States Code, Section(s) 846

William M. McCool
Name of Issuing Officer

Deputy Clerk: Adelita Tinaya-Miller

Bail fixed at $ Bail Reform Act
and/or in accordance with Comprehensive Crime
Control Act of 1984.

Clerk of Court
Title of Issuing Officer

May 27, 2008    Gainesville
Date and Location

by  Allan Kornblum
    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  INDICTMENT

ANDREW COX,
  a/k/a Danny Allen,
AMANDA YVONNE WHITE,
THOMAS ALAN SMART,
  and
EMMA MARIE MENA

      1:08CR12 MMP/AK

_____/

THE GRAND JURY CHARGES:

COUNT ONE

That between on or about November 26, 2005, and the date of the return of this Indictment, in the Northern District of Florida and elsewhere, the defendants,

ANDREW COX,
a/k/a Danny Allen,
AMANDA YVONNE WHITE,
THOMAS ALAN SMART,
and
EMMA MARIE MENA,

did knowingly and willfully combine, conspire, confederate and agree, together and with other persons, to distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and that this offense involved one thousand

(1000) kilograms or more of a mixture and substance containing a detectable amount of marijuana, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vii).

All in violation of Title 21, United States Code, Section 846.

## CRIMINAL FORFEITURE

The allegation contained in Count One of this Indictment is hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 21, United States Code, Section 853.

From their engagement in the violation alleged in Count One of this Indictment, punishable by imprisonment for more than one year,

**ANDREW COX,
a/k/a Danny Allen,
AMANDA YVONNE WHITE,
THOMAS ALAN SMART,
and
EMMA MARIE MENA,**

the defendants herein, shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and (2), all of their interest in:

A. Property constituting or derived from any proceeds the defendants obtained, directly or indirectly, as a result of such violations;

B. Property used or intended to be used in any manner or part to commit and to facilitate the commission of such violations;

If any of the property described above, as a result of any act or omission of the defendants:

2

      i.      cannot be located upon the exercise of due diligence;

      ii.     has been transferred or sold to, or deposited with, a third party;

      iii.    has been placed beyond the jurisdiction of this Court;

      iv.    has been substantially diminished in value; or

      v.     has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants, up to the value of the above forfeitable property.

All in violation of Title 21, United States Code, Section 853(a).

A TRUE BILL:

*Redacted*

_____
GREGORY R. MILLER
United States Attorney

_____
E. T. WILLIAMS
Assistant United States Attorney

3